FILED

2008 Oct-24  PM 01:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
JESSICA ALENA SMITH, et al.,  }
etc.,                         }
                              }
     Plaintiffs,              }    CIVIL ACTION NO.
                              }    08-AR-1498-S
v.                            }
                              }
APPLE, INC.,                  }
                              }
     Defendant.               }
```

### MEMORANDUM OPINION

The court has before it the motion of defendant, Apple, Inc. ("Apple"), to dismiss the above-entitled action brought by plaintiffs, Jessica Alena Smith and Wilton Lee Triggs, II, "Smith and Triggs"), individually and on behalf of a putative class. The court has read the motion, the briefs and has heard oral argument.

The court does not know how ultimately significant is the One (1) Year Limited Warranty ("Written Warranty") referred to by Apple in its motion, the receipt of which by Smith and Triggs is DENIED by them. The existence of and/or the delivery of the Written Warranty may be matters that call for discovery. If this apparent dispute of material fact disappears by the filing of a joint stipulation by the parties **within seven (7) calendar days**, the court will rule on Apple's motion on the basis of stipulated fact. If, however, the pertinent facts surrounding the Written Warranty cannot be agreed upon, the court will rule on Apple's motion

without assuming the existence of and/or the delivery of the Written Warranty.

DONE this 24th day of October, 2008.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE